AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

| | )  |
|---|---|
| UNITED BUSINESS BANK, a California corporation | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.   1:24-cv-00473 |
| | ) |
| SAM A. GAWAD, JR. aka SAM A. GAWAD, aka S. A. GAWAD, JR., aka S. GAWAD, JR., aka S. GAWAD | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    SAM A. GAWAD, JR. aka SAM A. GAWAD,
aka S. A. GAWAD, JR., aka S. GAWAD, JR., aka S. GAWAD
5022 Alta Vista Road
Bethesda, MD  28014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brendan Collins, Esq.                            Robert B. Kaplan, Esq.
GKG Law, P.C                                        Jeffer Mangels Butler & Mitchell LLP
1055 Thomas Jefferson Street, NW, Suite 620      Two Embarcadero Center, 5th Floor
Washington, DC  20007                           San Francisco, CA  94111
                                                          (pro hac vice pending)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   2/22/2024
                                                                    _Signature of Clerk or Deputy Clerk_

71973330v1